IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) Case No. 3:10cr260 |
| | ) |
| ABDIFITAH JAMA ADAN, et al. | ) |

## O R D E R

Before the Court is the Government's motion to sever defendants Abdikarim Osman Ali a/k/a/ "Homer" a/k/a "Big Abdi" (Defendant # 5) and Abdigadir Ahmed Khalif a/ki/a "Awali" (Defendant # 18) (Docket Entry No. 466), which is **GRANTED**. The Government seeks this severance to avoid unnecessary delay as these defendants have not been apprehended. Co-defendants have not responded to this motion.

It is so **ORDERED**.

**ENTERED** this the _18th_ day of March, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge