IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABDIFATAH JAMA ADAN, et al., )<br>)<br>Defendants. ) | No. 3:10-00260<br>Chief Judge Haynes |

### O R D E R

The status conference in this action is **re-set for Friday, February 1, 2013 at 9:30 a.m.**

It is so **ORDERED**.

**ENTERED** this the 22nd day of January, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court