UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:10-cr-00260 |
| | ) | Chief Judge Haynes |
| ABDULLAH SADE AFYARE et al, | ) | |

### ORDER

Upon review of the file in this action, counsel of record for Abdullahi Farah, a witness in this action, is from a firm on the Court's recusal list. The Court previously recused itself from all prior proceedings involving this witness. (Docket Entry No. 2494)

Within ten (10) days from the date of this Order, the Government shall file a statement of whether the Defendant(s) against whom this witness will testify, can be severed from the other Defendants.

It is so **ORDERED**.

Entered this the 8th day of April, 2013.

William J. Haynes, Jr.
Chief Judge, United States District Court