IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:10-cr-260 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| ADAN et al | ) | |

## ORDER

The plea agreement hearing currently set in this action for Monday September 30, 2013 at **1:30 p.m.** is reset for Monday, September 30, 2013 at **10:00 a.m.**

It is so **ORDERED**.

ENTERED this the 12st day of September, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court